■ NORTH HEMPSTEAD COUNTY CLUB, INC., Respondent, v BEATRICE SIMPSON, Appellant.—Appeal by the defendant from an order of the Supreme Court, Nassau County (Roberto, J.), dated February 27, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Roberto in the Supreme Court. Lawrence, J. P., Balletta, Rosenblatt and O'Brien, JJ., concur.